1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CARDENAS-RODRIGUEZ

6
                    IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
                           SAN JOSE DIVISION              *E-FILED - 8/3/06*
9
10 UNITED STATES OF AMERICA,        )  No. CR 06-0359 RMW
                                    )
11          Plaintiff,               )  **STIPULATION TO CONTINUE**
                                    )  **HEARING DATE AND EXCLUDE**
12 v.                               )  **TIME; [] ORDER**
                                    )
13 FRANCISCO CARDENAS-RODRIGUEZ,    )
                                    )
14          Defendant.              )
   _____

15      Defendant and the government, through their respective counsel, hereby stipulate that,

16 subject to the Court's approval, the hearing date in this matter should be moved from July 24,

17 2006, to August 28, 2006, at 9:00 a.m., or as soon thereafter as the hearing may be set.  The    (jg)

18 defense requests the continuance because the defense is continuing to conduct investigation, and

19 because the parties wish to be referred to a settlement conference before Judge Lloyd.

20      The parties further agree that time should be excluded under the Speedy Trial Act, 18

21 U.S.C. § 3161 et seq., in light of the need for defense preparation, and because the ends of justice

22 outweigh the defendant's and the public's need for a speedy trial.

23 Dated: 7/21/06                         _____/s/_____
                                          LARA S. VINNARD
24                                        Assistant Federal Public Defender

25 Dated: 7/21/06                         _____/s/_____
                                          SUSAN KNIGHT
26                                        Assistant United States Attorney

STIPULATION TO CONTINUE HEARING
DATE; [] ORDER
No. CR 05-0278 RMW                    1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>FRANCISCO CARDENAS-RODRIGUEZ,<br><br>Defendant. | No. CR 06-00359 RMW<br><br>**[ ORDER<br>CONTINUING HEARING DATE<br>AND EXCLUDING TIME** |

The parties have stipulated to continue the hearing date in this matter to allow additional defense investigation, and to allow time for referral to a settlement conference. The parties request that the hearing be continued from July 24, 2006, to August 28, 2006, at 9:00 a.m.  (jg)

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date in this matter is continued to August 28, 2006, at 9:00 a.m. This matter is referred to the Honorable  (jg) Howard R. Lloyd, or another available magistrate, for a settlement conference.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from July 24, 2006, to August 28, 2006, be excluded from the period of time within which trial  (jg) must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

IT IS SO ORDERED.

Dated: 8/3/06                                            /S/ RONALD M. WHYTE
                                                         RONALD M. WHYTE
                                                         United States District Judge

STIPULATION TO CONTINUE HEARING
DATE; [] ORDER
No. CR 05-0278 RMW                                       2